

# Third Court of Appeals

## RECEIPT FOR CHECK-OUT RECORD
### (CLOSED CASES)

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-12-00411-CV** | Retention Center No.: |

| |
|---|
| Name of Cause: **Metro Ford Truck Sales v TX Dept of Motor Vehicles** |

Items Checked out:

1 volume of administrative record

> RECEIVED
> MAR 1 6 2015
> THIRD COURT OF APPEALS
> JEFFREY D. KYLE

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |

| |
|---|
| Requested By: |

| |
|---|
| Attorney: Linda B. Secord |

| | |
|---|---|
| Signature: | Driver Lic.: |

| |
|---|
| Bar Card Number: |

| |
|---|
| Firm/Agency: Environmental Protection Division |

| |
|---|
| Address: P.O. Box 12548 |

| |
|---|
| Phone Number: 512-463-2012 |

*********************************************************************************************

Approved By: Jeff Kyle

*********************************************************************************************

Dates Items Returned: **PERMANENT**